**DENIED and Opinion Filed August 27, 2024**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-24-00997-CV**
_____

**IN RE STANSLY MAPONGA & CHRISTINA MAPONGA, Relators**

**Original Proceeding from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-03818-2023**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Pedersen, III

Before the Court is relators' August 21, 2024 petition for writ of mandamus.

Relators, who are proceeding pro se, ask this Court to compel the trial court to order

real party in interest to return relators' exempt personal property.

Relators' petition does not comply with the Texas Rules of Appellate

Procedure in numerous respects. *See* TEX. R. APP. P. 52.3(a)–(d)(2), (g)–(h), (j),

(k)(1)(A); TEX. R. APP. P. 52.7(a). Thus, relators' petition does not meet the

requirements of the Texas Rules of Appellate Procedure for consideration of

mandamus relief. *See In re Guillaume*, No. 05-24-00765-CV, 2024 WL 3548511, at

*1 (Tex. App.—Dallas July 26, 2024, orig. proceeding) (mem. op.) (denying

mandamus relief based on relator's failure to comply with several Texas Rules of Appellate Procedure).

Accordingly, we deny relators' petition.

240997f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE